ANNE M. BEVINGTON (SBN 111320)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
abevington@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, JAMES H. BENO, Trustee, STEPHEN J. MACK, Trustee, DON CROSATTO, Trustee, DOUG CORNFORD, Trustee, JOHN DI BERNARDO, Trustee, JOSE SANTANA, Trustee, and JAMES SCHWANTZ, Trustee, SCOTT PAGTER, Trustee,<br><br>                    Plaintiffs,<br>v.<br><br>EDWARD R. BACON COMPANY, INC., a California corporation, and DOES 1-20,<br><br>                    Defendants. | Case No.  CV 15-02685 LB<br><br>STATUS REPORT AND REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE PENDING FINALIZATION OF SETTLEMENT; DECLARATION OF ANNE M. BEVINGTON IN SUPPORT THEREOF; AND  ORDER<br><br>Date:         July 28, 2016<br>Time:         11:00 a.m.<br>Courtroom:   C, 15th Floor<br>             Honorable Laurel Beeler<br><br>Complaint Filed:  June 16, 2015 |

Plaintiffs request a 30-day continuance of the Case Management Conference currently set in this matter for July 28, 2016 at 11:00 a.m. in Courtroom C, 15th Floor of this Court, and the related deadlines for filing their Case Management Conference Statement and Rule 26(f) report, and completing initial disclosures. Defendants have agreed to the continuance.  Good cause exists for the requested continuance for the following reasons.

On April 25, 2016, the parties participated in a mediation session with Mediator Robert Pohls.  Mr. Pohls filed his Certification of Mediation on April 26, 2016, informing the Court that the mediation was complete and that full settlement had occurred (Dkt #31).  The parties reached an agreement and have been circulating a formal written agreement which contemplates dismissal

- 1 -    STATUS REPORT AND REQUEST TO CONTINUE INITIAL
CMC [PROPOSED] ORDER; CASE NO. CV 15-2685 LB

N:\July 2016\LB\15cv2685.order34.72116.doc

of the action only after a Settlement Agreement, and a Stipulation for Entry of Judgment, to be filed only in the event of default, are fully executed, and certain consideration has been timely paid.

On June 27, 2016, I received the first payment that was due under the terms of settlement. However, the settlement documentation, which calls for payments over time secured by a Stipulation for Entry of Judgment in the event of default, has not yet been fully executed by all parties and counsel. I believe that it would conserve expenses for all parties to have the initial Case Management Conference set for July 28, 2016, continued for an additional 30 days so that the parties' settlement documentation can be finalized and a Stipulation for Voluntary Dismissal can be filed. On July 21, 2016, I emailed Eugene Ashley, counsel for defendants, and advised him of my intention to request this 30 day continuance. He responded that he agreed.

I, Anne M. Bevington, declare under penalty of perjury that the foregoing is true of my own knowledge and belief, and if called upon to testify, I would competently testify thereto.

Dated: July 21, 2016        /S/ Anne M. Bevington_____
                            Anne M. Bevington

Plaintiffs therefore request that the initial Case Management Conference set for July 28, 2016, be continued an additional 30 days, to on or after August 25, 2016, to allow the parties additional time to execute the settlement documents and to file their Stipulation for Voluntary Dismissal of the within action.

The changes will not affect any other deadline on the Court's calendar.

Dated: July 21, 2016        Respectfully submitted,

                            SALTZMAN & JOHNSON LAW CORPORATION

                            By:    /S/ Anne M. Bevington_____
                                   Anne M. Bevington
                                   Attorneys for Plaintiffs


** ORDER ON NEXT PAGE **

**ORDER**

Based on the foregoing, and GOOD CAUSE APPEARING,

The Initial Case Management Conference is continued from July 28, 2016 to September 8, 2016 at 11:00 a.m. An update or a stipulated dismissal must by filed by August 29, 2016.

Dated: July 21, 2016

_____
HONORABLE LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE

- 3 -  STATUS REPORT AND REQUEST TO CONTINUE INITIAL CMC [PROPOSED] ORDER; CASE NO. CV 15-2685 LB

N:\July 2016\LB\15cv2685.order34.72116.doc