ANNE M. BEVINGTON (SBN 111320)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
abevington@sjlawcorp.com

Attorneys for Plaintiffs

EUGENE ASHLEY (SBN 171885)
HOPKINS & CARLEY
70 South First Street
San Jose, CA 95113
eashley@hopkinscarley.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, JAMES H. BENO, Trustee, STEPHEN J. MACK, Trustee, DON CROSATTO, Trustee, DOUG CORNFORD, Trustee, JOHN DI BERNARDO, Trustee, JOSE SANTANA, Trustee, and JAMES SCHWANTZ, Trustee, SCOTT PAGTER, Trustee,<br><br>Plaintiffs,<br><br>v.<br><br>EDWARD R. BACON COMPANY, INC., a California corporation, and DOES 1-20,<br><br>Defendants. | Case No. CV 15-02685 LB<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER THEREON** |

IT IS HEREBY STIPULATED by the parties to this action, through their respective counsel, that pursuant to the Settlement Agreement between the parties dated July 21, 2016 ("Settlement Agreement"), which is expressly incorporated by reference into this Stipulation for Voluntary Dismissal With Prejudice, this Court dismiss this action with prejudice, with all parties to bear their own costs and attorneys' fees, and retain jurisdiction over this matter to enforce the Settlement Agreement should any action be required to enforce the Settlement Agreement after the dismissal is entered by the Court.

1  IT IS SO STIPULATED.

2  Dated:  August 1, 2016                     SALTZMAN & JOHNSON LAW CORPORATION

3
4                                             By:  /S/ Anne M. Bevington_____
                                                   Anne M. Bevington
                                                   Attorneys for Plaintiffs
5

6  Dated: August 1, 2016                     HOPKINS & CARLEY

7                                             By:  /S/ Eugene Ashley_____
                                                   Eugene Ashley
8                                                  Attorneys for Defendant

9                           CERTIFICATION RE SIGNATURES

10     I attest that concurrence in the filing of this document has been obtained from the other

11 Signatory.

12 Dated:  August 1, 2016                     /S/ Anne M. Bevington_____
                                              ANNE M. BEVINGTON
13

14

15                                   **ORDER**

16     Pursuant to the parties' Stipulation and Settlement Agreement, the terms and conditions

17 of which are fully incorporated herein by this reference, and good cause appearing:

18     IT IS HEREBY ORDERED that this matter is dismissed with prejudice, the parties to

19 bear their own costs and attorneys' fees.

20     IT IS FURTHER ORDERED that this Court shall expressly retain jurisdiction over this

21 matter to enforce the Settlement Agreement should any action be required to enforce the

22 Settlement Agreement after the dismissal with prejudice is entered by the Court.  See generally

23 *Kokkonen v. Guardian Life Ins. Co. of America,* 511 US 357, 381 (1994); *Hagestad v.Tragesser,*

24 49 F.3rd 1430, 1433 (9th Cir. 1995).

25     IT IS SO ORDERED.

26 Dated: August 2, 2016                      _____
                                              HON. LAUREL BEELER
27                                            UNITED STATES MAGISTRATE JUDGE

28

STIPULATION FOR VOLUNTARY DISMISSAL
[~~PROPOSED~~ ORDER]; CASE NO. CV 15-2685 LB

P:\CLIENTS\AUTPF\W\CASES\Edward R. Bacon Co\PLEADINGS\Voluntary Dismissal\Stipulation for Voluntary Dismissal 08-01-16.doc